[912 NE2d 1056, 884 NYS2d 677]

BERNADETTE GOTAY, Respondent, v DAVID BREITBART et al., Defendants, and MICHAEL HANDWERKER et al., Appellants.

Decided June 25, 2009

**APPEARANCES OF COUNSEL**

*Furman Kornfeld & Brennan LLP*, New York City (*A. Michael Furman* of counsel), for Michael Handwerker, appellant.

*Wilson, Elser, Moskowitz, Edelman & Dicker LLP*, New York City (*Patrick J. Lawless* and *Richard E. Lerner* of counsel), for Handwerker Honschke and Marchelos and others, appellants.

*Gerald J. Mondora*, Rye Brook, for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, motions for summary judgment by defendants-appellants granted and certified question answered in the negative. Plaintiff's legal malpractice claim was not brought within the applicable statute of limitations period, and defendants-appellants established as a matter of law that the continuous representation doctrine does not apply.

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.